# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br>Rene Robert RUIZ,<br><br>　　　　　　　Defendant. | Case No.: '21 MJ1960<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 17, 2021, within the Southern District of California, defendant Rene Robert RUIZ did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit a Department of Homeland Security, Supervisory Customs and Border Protection Officer, in that defendant repeatedly struck the Officer in the head while the Officer was engaged in the performance of his official duties at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Meaghan Queally
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 18th of May 2021.

_____
Karen S. Crawford
U.S. Magistrate Judge

# STATEMENT OF FACTS

On May 17, 2021, at approximately 4:35 PM, Rene Robert RUIZ ("RUIZ"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry, California.

While assigned to the Old Port Limit Line, U.S. Customs and Border Protection (CBP) Officers witnessed RUIZ approach from the east side of the pedestrian line in Mexico. RUIZ rushed to officers at the limit line without showing documentation. RUIZ was instructed by officers he would not enter until calming down and providing documentation, at which point, RUIZ proceeded to force himself past officers, pushing and striking an officer repeatedly in the head. The officer attempted to secure RUIZ; however, RUIZ was only able to be subdued after additional officers arrived, securing RUIZ in handcuffs while he was resisting ongoing verbal commands to place his hands behind his back. Subsequently, while being escorted to the Security Office, RUIZ verbally threatened the officers stating, "I'm going to have guys coming for you!"

RUIZ was arrested and charged for a violation of Title 18 USC 111(a)(1), Assault on a Federal Officer at approximately 4:50 PM.

1

Post Miranda, RUIZ admitted to a physical altercation, and that he was a member of a motorcycle gang known as the "VAGOS". RUIZ stated that he was hit first and was antagonized by the officers prior to striking the officer.